FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 3 1 2015
BY
DEPUTY

United States District Court
Eastern District of Texas

Jeremy Pinson,
    Plaintiff,
v.                  Case No. 15-CV-256-RC-KFG
John Fox, et al.
    Defendants

## Objections to Report and Recommendation

Comes now the Plaintiff and objects to the Report (Doc. 4) on the grounds the Complaint satisfies the "imminent danger" threshold of 28 U.S.C. 1915(g) and both the Fifth Circuit and Western District of Louisiana have permitted identical allegations of imminent danger to proceed. See: No. 14-CV-450 (W.D.La.); No. 15-30537 (5th Cir.) thus this Courts ruling that continuing sexual abuse and threats of rape do not satisfy the "imminent danger" threshold should be overruled.

Jeremy Pinson # 16267-064
PO Box 7000
Florence CO 81226

Jeremy Pinson # 16267-064
United States Penitentiary
PO Box 7000
Florence CO 81226

Legal Mail

DENVER CO 802
25 AUG 2015
PM 5 T

U.S. District Court
300 Willow St., Ste. 104
Beaumont, TX 77701-2217

